# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

June 28, 2020

By ECF
Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Application Granted.
SO ORDERED.
Dated:  6/29/2020

_P. Kevin Castel_
_United States District Judge_

Re:     **United States v. Victor Rodriguez**
        **20 Cr. 301 (PKC)**

Dear Judge Castel,

The undersigned writes on behalf of defendant Victor Rodriguez. On June 15, 2020, a two-count indictment was filed charging Mr. Rodriguez and co-defendants Humberto Rodriguez and Andres Bello with murder and narcotics conspiracy. (See Doc.#19). On June 18, 2020, Mr. Bello filed a letter motion (joined by defendant Humberto Rodriguez) requesting, among other things, "access to the records and papers used in connection with the constitution of the Master and Qualified Jury Wheels in the United States District Court for the Southern District of New York, pursuant to the Fifth and Sixth Amendments to the United States Constitution and the Jury Selection and Service Act ("JSSA"), 28 U.S.C. §§ 1867(a) and (f)." (See Doc.#22).

Victor Rodriguez writes now seeking the Court's permission to join in the above application of codefendants Bello and Rodriguez, parts of which have already been granted by the Court. (See Doc. #23).

Thank you.

Respectfully Submitted,

/s/ _Matthew J. Kluger_
Matthew J. Kluger, Esq.

Peter Quijano, Esq.
*Attorneys for Victor Rodriguez*

cc:     All counsel of record

1