UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

- against -                                     :        **O R D E R**

VICTOR RODRIGUEZ                  :        20 Cr. 301 (PKC)
　　　　　　　Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of Peter Enrique Quijano, attorney **Victor Rodriguez**, for an ORDER appointing Anna N. Sideris, Esquire as Associate Counsel.

**I T  I S  H E R E B Y  O R D E R E D,** that:

1. **ANNA N. SIDERIS, Esquire**, is appointed as Associated Counsel in U.S. v. VICTOR RODRIGUEZ, 20 Cr. 301 (PKC).

2. **ANNA N. SIDERIS, Esquire** is authorized to bill at a rate of one hundred ten dollars ($110.00), for up to ~~two~~ one hundred ~~fifty (250)~~ (100) hours.

3. ~~ANNA N. SIDERIS, Esquire is authorized to file interim eVouchers.~~

3. [handwritten]

DATED:   New York, New York
         July 7, 2020

[Handwritten note: This appointment terminates when, as and if the government files a notification that it is not seeking the death penalty against Victor Rodriguez]

                                    [signature]
                                    HONORABLE P. KEVIN CASTEL
                                    UNITED STATES DISTRICT JUDGE

[Handwritten note: without prejudice to further application.]