UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

20-cr-301 (PKC)

-against-                                                    ORDER

VICTOR RODRIGUEZ and ANDRES BELLO,

Defendant(s).
------------------------------------------------------------x

CASTEL, U.S.D.J.

Elizabeth Macedonio, a member of the CJA Capital Panel, is appointed to represent Victor Rodriguez.  A conference is scheduled for July 15, 2020 at 11:00 a.m.  An order will follow with call-in instructions.  Matthew Kluger will continue through, but not beyond, the scheduled conference.

Kenneth Montgomery, also a member of the CJA Capital Panel, is appointed to represent Andres Bello.  A conference is scheduled for July 20, 2020 at 11:00 a.m.  An order will follow with call-in instructions.  Donna Newman will continue through, but not beyond, the scheduled conference.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
         July 8, 2020