UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                       20-cr-301 (PKC)

-against-                                ORDER

VICTOR RODRIGUEZ,

                      Defendant(s).
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Having reviewed the ex parte under seal report of learned counsel, the Court concludes that Ms. Macedonio shall continue as CJA counsel to Victor Rodriguez and Mr. Kluger is terminated as counsel with the thanks of the Court.

        SO ORDERED.

                                                      P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
            July 22, 2020