UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

              -against-                                      20-cr-301(PKC)

                                                            ORDER

VICTOR RODRIGUEZ

                            Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

Defendant Victor Rodriguez seeks the issuance of nine subpoenas duces tecum "as part of the Defendant's Mitigation investigation." (Ex Parte Letter of October 26, 2020.) The application is denied without prejudice to a showing that the proposed Rule 17 subpoenas may properly be issued for investigative purposes or to obtain mitigation evidence of the type sought in the subpoenas.

SO ORDERED.

                                                             P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
        November 4, 2020